# Exhibit A

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
| --- | --- | --- |
| TX0008066370 | Fundamentals of Human Biology and Health (Third Edition) | Cognella, Inc |
| TX0007817562 | Politically Incorrect: Women Artists and Female Imagery in Early Modern Europe | Cognella, Inc |
| TX0007794043 | Ancient Iran: Cosmology, Mythology, History | Cognella, Inc |
| TX0008244472 | Law in Society | Cognella, Inc |
| TX0008670806 | Anatomy and Physiology: An Integrated Approach (Second Edition) | Cognella, Inc |
| TX0009034719 | The Zombie Reader | Cognella, Inc |
| TX0008285552 | Fundamentals of Human Biology and Health (Fourth Edition) | Cognella, Inc |
| TX0008534550 | Probability and Statistics for Science and Engineering with Examples in R | Cognella, Inc |
| TX0008041739 | Bridge to China: An Integrative Approach to Beginning Chinese (Volume 2) | Cognella, Inc |
| TX0008041736 | Bridge to China: An Integrative Approach to Beginning Chinese (Volume 1) | Cognella, Inc |
| TX0008538827 | Mechanical Testing of Engineering Materials (Second Edition) | Cognella, Inc |
| TX0008247154 | Minerals and Human Health | Cognella, Inc |
| TX0008371076 | African Roots of the Jazz Evolution (Third Edition) | Cognella, Inc |
| TX0009158121 | Context Is Everything: How to Navigate Life in Multiple Realities | David Bright |
| TX0008709461 | Intentional Group Counseling: Best Practices for a Multicultural World | Cognella, Inc |
| TX0008362962 | Introduction to Vibration in Engineering | Cognella, Inc |
| TX0008244741 | Learning American Sign Language to Experience the Essence of Deaf Culture | Cognella, Inc |
| TX0008484868 | Analysis and Design of Algorithms (Third Edition) | Cognella, Inc |
| TX0008538012 | Computer Technology for Health Professionals: A Guide to Effective Use and Best Practices (Second Edition) | Cognella, Inc |
| TX0008528873 | International Studies: Perspectives on a Rapidly Changing World | Cognella, Inc |
| TX0009142876 | HIV/AIDS Pandemic: Origins, Science, and Global Impact (Third Edition) | Cognella, Inc |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0008772561 | The Energy of Physics, Part I: Classical Mechanics and Thermodynamics (Second Edition) | Cognella, Inc |
| TX0008104412 | Mastering Managerial Accounting: Key Concepts through Problem Sets | Cognella, Inc |
| TX0008030166 | Introduction to Civil Engineering: A Student's Guide to Academic and Professional Success | Cognella, Inc |
| TX0008660020 | Integrating Lecture and Lab: A General Biology Laboratory Manual (Third Edition) | Cognella, Inc |
| TX0008666248 | Super Simple Anatomy and Physiology: The Ultimate Learning Tool | Cognella, Inc |
| TX0008579464 | Meditation: Waking Up to Life | Cognella, Inc |
| TX0008368965 | From Eye to Heart: Exterior Spaces Explored and Explained | Cognella, Inc |
| TX0008030157 | Bridge to China: An Integrative Approach to Intermediate Chinese (Volume 3) | Cognella, Inc |
| TX0008822216 | Turtle Island: An Introduction to Indigenous Studies | Cognella, Inc |
| TX0008825851 | Probability for Data Scientists | Cognella, Inc |
| TX0008656871 | Helping Skills for Counselors: Fundamental Counseling Skills and Principles | Cognella, Inc |
| TX0007771185 | Million Dollar Muscle: A Historical and Sociological Perspective of the Fitness Industry | Cognella, Inc |
| TX0008372762 | Race and Ethnicity: Constancy in Change | Cognella, Inc |
| TX0009474412 | Introduction to Vibration in Engineering (Fourth Edition) | Cognella, Inc |
| TX0007810550 | The Videogame Ethics Reader | Cognella, Inc |
| TX0009125202 | Learning Critical Thinking Skills Beyond the 21st Century For Multidisciplinary Courses: A Human Rights Perspective in Education | Cognella, Inc |
| TX0008368917 | Politically Incorrect: Women Artists and Female Imagery in Early Modern Europe (Second Edition) | Cognella, Inc |
| TX0008654269 | Introduction and Practical Guide to Music Education | Cognella, Inc |
| TX0009110699 | Super Simple Anatomy and Physiology: The Ultimate Learning Tool (Second Edition) | Cognella, Inc |
| TX0008244465 | Introduction to Criminal Justice: Structure, Process, Principles and Morality | Cognella, Inc |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0008538837 | Culture and Architecture: An Integrated History (Second Edition) | Cognella, Inc |
| TX0008247150 | The Human Organism: Explorations in Biological Anthropology | Cognella, Inc |
| TX0009026720 | Macroeconomics Principles, Applications and Policy Implications | Cognella, Inc |
| TX0009076237 | Passage to Abstract Mathematics (Second Edition) | Makr Watkins; Jeffrey Meyer |
| TX0007900911 | African Health Secrets | Cognella, Inc |
| TX0008680931 | Hacking and Open Source Culture: Readings of the Ideas, Social Movements, and People Who Shaped the Information Society | Cognella, Inc |
| TX0009408063 | Hip Hop Music: History and Culture | James Piscitelli; Terence Elliot |
| TX0008682313 | Human Anatomy and Physiology: Form, Function, and Homeostasis | Cognella, Inc |
| TX0009035544 | Real-World Learning: Preparing for Your Profession Outside of the Classroom (Second Edition) | Cognella, Inc |
| TX0008666302 | Origins: The Story of the Beginning of Everything | Cognella, Inc |
| TX0008839150 | Introduction to Vibration in Engineering (Second Edition) | Cognella, Inc |
| TX0008591755 | I Inc.: Career Planning and Personal Entrepreneurship (Second Edition) | Cognella, Inc |
| TX0008519333 | Real-World Learning: Preparing for your Profession Outside of the Classroom | Cognella, Inc |
| TX0008660000 | Development and Physiology: The Biology of You | Cognella, Inc |
| TX0007849514 | Crime and Behavior | Cognella, Inc |
| TX0007822952 | Introduction to Weather and Climate Science | Cognella, Inc |
| TX0008263744 | Space and Space Travel | Cognella, Inc |
| TX0007804076 | Principles of General and Autonomic Pharmacology | Cognella, Inc |
| TX0009523531 | Blue and Red: A Divided America, Second Edition | Farrokh Moshiri |
| TX0009176749 | Global Studies: A Reader on Issues and Institutions | Saeed Khan |
| TX0008518685 | Operating Systems: A Multi-perspective Episodic Approach | Cognella, Inc |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0008249419 | A Basic Approach to Precalculus Trigonometry: Preparing to Succeed in Calculus | Cognella, Inc |
| TX0007770817 | Marketing with Web 2.0: Social Networking and Viral Marketing | Cognella, Inc |
| TX0008107584 | Kanji Workbook for Intermediate Japanese | Cognella, Inc |
| TX0007875201 | Ignite the Soul: The Art of Figure Drawing | Cognella, Inc |
| TX0009034833 | Essentials of Civil Engineering Materials | Cognella, Inc |
| TX0009069729 | Mastering Managerial Accounting: Key Concepts through Problem Sets (Second Edition) | Cognella, Inc |
| TX0008251409 | Fundamental Concepts in Physiology: An Illustrative Study | Cognella, Inc |
| TX0008664083 | Intercultural Communication: A Critical Perspective | Cognella, Inc |
| TX0008521081 | Alien Skies: A Travelogue of the Universe | Cognella, Inc |
| TX0009020977 | Algorithms in Action | Cognella, Inc |
| TX0009034761 | Critical Sports Studies: A Document Reader | Nicholas Villanueva, Jr. |
| TX0009188077 | Readings on Correctional Programming: Needs, Interventions, and Approaches | Mateja Vuk; Brittani McNeal |
| TX0007999573 | The Anthropology of Education: Classic Readings | Cognella, Inc |
| TX0008666072 | Probability and Statistics for Science and Engineering with Examples in R (Second Edition) | Cognella, Inc |
| TX0009136231 | Twenty-First Century Chicago (Third Edition) | Cognella, Inc |
| TX0007762682 | The Anthropology of Education: Classic Readings | Cognella, Inc |
| TX0007828126 | Introductory Continuum Mechanics with Applications to Elasticity | Cognella, Inc |
| TX0007899905 | Anatomy and Physiology: An Integrated Approach | Cognella, Inc |
| TX0008390450 | Adapt and Overcome: Essays on the Student Veteran Experience | Cognella, Inc |
| TX0008584430 | 7 Essentials For Managing Virtual Teams | Cognella, Inc |
| TX0008747458 | International Studies: Perspectives on a Rapidly Changing World (Second Edition) | Cognella, Inc |
| TX0008249699 | Big Bang: From Myths to Model | Cognella, Inc |
| TX0007828124 | Strategic Management for Results: Practical Strategies for Sustainable Outcomes | Cognella, Inc |
| TX0009034836 | Modern Russian History: The Search for National Identity and Global Power | Roxanne Easley; Mark David Kuss; Thomas Pearson |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0008363961 | I Inc.: Career Planning and Personal Entrepreneurship | Cognella, Inc |
| TX0009395889 | Control Systems: Modeling, Analysis, and Design | Swami Karunamoorthy |
| TX0009549744 | Foundations of Career Counseling: A Case-Based Approach, Second Edition | Suzanne M. Dugger; Thomas Erckert |
| TX0009527903 | Hip Hop Music: History and Culture, Second Edition | Terence Elliott |
| TX0008095980 | Home Vegetable Gardening | Cognella, Inc |
| TX0008376788 | The Energy of Physics Part II: Electricity and Magnetism | Cognella, Inc |
| TX0008130846 | Judaism, Christianity, and Islam: Differences, Commonalities, and Community | Cognella, Inc |
| TX0009215137 | Strategies for Teaching Large Classes Effectively in Higher Education | Cognella, Inc |
| TX0009082196 | Communicative Language Teaching in Action: Putting Principles to Work (Second Edition) | Klaus Brandl |
| TX0008255237 | A Stroll through Calculus: A guide for the merely curious | Anthony Barcellos |
| TX0007829106 | Venus in Furs | Cognella, Inc |
| TX0009279359 | Clinical Research for the Doctor of Nursing Practice Revised Third Edition | Allison Terry |
| TX0007810586 | An Integrative Approach to Human Geography | Cognella, Inc |
| TX0007802120 | Fundamentals of Human Biology | Cognella, Inc |
| TX0009516292 | Anti-Oppressive Social Work Practice: Putting Theory into Action, Third Edition | Karen Morgaine; Moshoula Capous-Desyllas |
| TX0007802887 | 75 Classical Myths Condensed from Their Primary Sources | Cognella, Inc |
| TX0008680815 | Functional Behavior Assessment: Case Studies and Practice | Cognella, Inc |
| TX0008244462 | Macroeconomics: The Monetary Foundations of the Macroeconomy (Volume 1) | Cognella, Inc |
| TX0007743071 | A Marriage Below Zero: A Novel by Alan Dale Edited with an Introduction by Matthew Kaiser | Cognella, Inc |
| TX0009418480 | Multidimensional Human Behavior in the Complex Social Environment: Decolonizing Theories for Social Work Practice | Jemel P. Aguilar; Elisabeth Counselman-Carpenter |
| TX0008536322 | Assembly Language Programming Made Clear: A Systemic Approach | Howard Dachslager |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0009219291 | Integrated Social Work Practice: Bridging Micro, Mezzo, and Macro Level Practice | Bronwyn Cross-Denny |
| TX0009122174 | Crime, Justice, and Social Control (Second Edition) | Cognella, Inc |
| TX0008522209 | Counseling Theory and Practice (Second Edition) | Cognella, Inc |
| TX0009213936 | Career-Focused Counseling: Integrating Culture, Development, and Neuroscience | Chad Luke; Melinda Gibbons |
| TX0008004034 | Integrating Lecture and Lab: A General Biology Laboratory Manual | Cognella, Inc |
| TX0007833325 | Integrated Perspectives in Global Studies | Cognella, Inc |
| TX0009031565 | Gender, Communication, and the Digital Revolution | Cognella, Inc |
| TX0009028166 | Public Speaking: The Path to Success (Second Edition) | Steven D. Cohen |
| TX0008246203 | Beginning Algebra : Keeping it Simple | Judith Atkinson |
| TX0009070089 | Strategic Communication Research Methods | Marianne Dainton; Pamela J. Lannutti |
| TX0009034821 | Empowering Public Speaking | Deanna Fassett; Keith Nainby |
| TX0007323967 | Calculus I | Tunc Geveci |
| TX0009081731 | Chained to the System: The History and Politics of Black Incarceration in America | Arthur Garrison |
| TX0007721302 | Calculus II | Tunc Geveci |
| TX0007275900 | Calculus I - Prelim Edition | Tunc Geveci |
| TXu001361186 | The 21st Century Hip-Hop Minstrel Show | Raphael Heaggans |
| TX0007069014 | Paul, His Letters, and Acts | Thomas E. Phillips; Stanlley E. Porter |
| TX0009106112 | The Educated Listener: A New Approach to Music Appreciation (Third Edition) | Jaren Hinckley |
| TX0007947037 | The Educated Listener: A New Approach to Music Appreciation | Jaren Hinckley |
| TX0009412631 | Systemist International Relations | Patrick James |
| TX0008796209 | Theories of Counseling and Therapy: An Experiential Approach (Third Edition) | Jeffrey Kottler; Marulyn Montgomery |
| TX0006325907 | Ideas and style in the western musical tradition | Douglass Seaton |
| TX0009213946 | Blue and Red: A Divided America | Farrokh Moshiri |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0009077767 | Career Flow and Development: Hope in Action (Second Edition) | Spencer Niles; Norman Amundson; Roberta Neault; Hyung Joon Yoon |
| TX0008484520 | Discrete Structures | Harriet Fell; Javed A. Aslam |
| TX0008055943 | Sex, Ethics, and Communication: A Humanistic Approach to Conversations on Intimacy (Second Edition) | Valerie V. Peterson |
| TX0007935903 | Sex, Ethics, and Communication | Valerie V. Peterson |
| TX0007903265 | Farrakhan and Education: A Human Development Approach | Abul Pitre |
| TX0007908505 | Why Exercise is Essential | Jeff Schlicht |
| TX0008246590 | Food, Love, Family: A Practical Guide to Child Nutrition | Maya Adam |
| TX0009207087 | Product Design and Development Handbook: An Innovative, Entrepreneurial, and Structured Approach for Engineering Capstone and Industry Projects | Steven Trimble; Abdelrahman Shuaib |
| TX0007323446 | Love Yourself: The First Step to a Successful Relationship | University Readers, Inc |
| TX0007323328 | Japanese Society and History | University Readers, Inc |
| TX0007312684 | Friends Helping Friends: A Guide to Approaching Peers About Their Potential Eating Disorder | Alisson K. Spivack; Amanda J. Roberts |
| TX0007320993 | Mechanical Testing of Engineering Materials | University Readers, Inc |
| TX0008758122 | Counseling Children and Adolescents (Fifth Edition) | Ann Vernon; Christine J. Schimmel |
| TX0009031716 | The Human Services Internship Experience: Helping Students Find Their Way (Second Edition) | Marianne Woodside |
| TX0008585033 | Microbrewing Science | Cognella, Inc |
| TX0008751530 | Medicine for Consumers | Gregory Billy |
| TX0008063082 | So, You Are Going to College?! (Second Edition) | San Bolkan |
| TX0007323538 | "So, You Are Going to College?!" | San Bolkan |
| TX0007382756 | Music Fundamentals for the Guitar | Robert Bozina |
| TX0006884455 | Microbrewing Science | Christopher L. Brown |
| TX0008108867 | Resolve: Strategies, Thoughts, and Beliefs for Healthy Living (Second Edition) | Cheri Calcagno |

| Copyright Registration Number | Title of Work | Name of Authors(s) on Copyright Registration |
|---|---|---|
| TX0008030162 | One Hit Wonders: Using Film to Analyze the Music Industry | Murray Krugman |
| TX0007914615 | Constructing Effective Speeches: A Step-by-Step Guide to Public Speaking | Amy Muckleroy Carwile |
| TX0007323969 | Step-by-Step Business Math and Statistics | Jin W. Choi |
| TX0007758882 | Weight Whys: Thoughts and Beliefs for a Healthy Life | Cheri Calcagno |
| TX0009082185 | Who is Racist? Why Racism Matters | Alexis Tan |
| TX0009128481 | A Brief Orientation to Counseling: Professional Identity, History, and Standards (Third Edition) | Edward Neukrug |
| TX0007721304 | Calculus III | Tunc Geveci |
| TX0009081958 | Design Elements: Form and Space (Second Edition) | Dennis Puhalla |
| TX0008533592 | Introduction to Agricultural Economics | John B. Penson, Jr.; Oral Capps, Jr.; C. Parr Rosson III; Richard T. Woodward |