**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHICKEN SOUP FOR THE SOUL, LLC | Case No. 3:26-cv-02333-VC |
| Plaintiff, | |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| CAMBRONNE, INC., ET AL. | Case No. 3:26-cv-03725-VC |
| Plaintiffs, | |
| v. | |
| META PLATFORMS, INC., | |
| Defendant. | |
| COGNELLA, INC., | Case No. 3:26-cv-04053-VC |
| Plaintiff, | |
| v. | **JOINT MOTION FOR ENTRY OF STIPULATED ORDER RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION** |
| META PLATFORMS, INC., | |
| Defendant. | |

Plaintiffs Chicken Soup for the Soul, LLC ("Chicken Soup"), Cognella, Inc. ("Cognella"), Cambronne Inc. ("Cambronne"), Lisa Baretta, Jane Adams, Matthew Sacks, and Michael Kochin (together with Cambronne, Baretta, Shishkin, Adams, and Sacks, the "Cambronne Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively the "Parties") have negotiated the terms of a [Proposed] Stipulated Order re Discovery of Electronically Stored Information, attached as Exhibit A, memorialized by the signatures on pages 13-14 ("Proposed Order"). In light of this agreed-upon protocol, the Parties respectfully request that the Court enter the Proposed Order.

Dated: July 29, 2026                          Respectfully submitted,

**COOLEY LLP**                                **STRIS & MAHER LLP**

By: */s/ Phillip E. Morton*                   By: */s/ Elizabeth Brannen*
    Phillip E. Morton                 Elizabeth Brannen

*Attorneys for Defendant*                     *Attorneys for Plaintiffs*

**FILER'S ATTESTATION REGARDING SIGNATURES**

I, Elizabeth Brannen, am the CM/ECF user whose ID and password are being used to file this ADR Certification by Parties and Counsel. Pursuant to Civil Local Rule No. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  July 29, 2026

By */s/ Elizabeth Brannen*
Elizabeth Brannen (SBN 226234)