United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COGNELLA, INC.,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 26-cv-04053-VC (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. Nos. 113, 114 |

In ECF No. 113, Meta stated: "Meta is filing this letter as a protective measure, and will advise the Court by September 18, 2026, whether Cognella's September 11 production of purported 'January 2015 – January 2021 Monthly Sales Data' files has mooted some or all of the relief sought in this letter brief." No such update has been filed. Accordingly, the Court **ORDERS** the parties to file a status report no later than October 6, 2026 advising the Court of the status of this dispute.

The Court **ORDERS** the same with respect to ECF No. 114.

**IT IS SO ORDERED.**

Dated: September 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge